IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE JAMES ATMORE, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00519-CAR-ALS |
| | * |
| BIBB COUNTY LAW ENFORCEMENT CENTER et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 22nd day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk