**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **WILLIE JAMES ATMORE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 5:25-CV-519-CAR-ALS** |
| | : | |
| | : | |
| **BIBB COUNTY LAW ENFORCEMENT** | : | |
| **CENTER, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the United States Magistrate Judge's Recommendation [Doc. 15] to deny Plaintiff leave to proceed *in forma pauperis* ("IFP") and dismiss Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(g), 28 U.S.C. § 1915A, and/or § 1915(e)(2)(B) without prejudice; and Plaintiff's Motions for Warrants [Doc. 16] and to Pick a Grand Jury [Doc. 18]. Plaintiff has filed an Objection to the Recommendation[1] essentially restating his claims, which have been thoroughly addressed by the Magistrate Judge in the Recommendation. This Court has made a *de novo* determination of the Recommendation and finds the Objection to be without merit. Accordingly, the Magistrate Judge's Recommendation [Doc. 15] is **HEREBY ADOPTED AND MADE**

---

[1] [Doc. 17].

**THE ORDER OF THE COURT**. Plaintiff is denied leave to proceed IFP, and his claims are hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g), 28 U.S.C. § 1915A, and/or § 1915(e)(2)(B). Plaintiff's Motions for Warrants [Doc. 16] and to Pick a Grand Jury [Doc. 18] are **DENIED AS MOOT**.

**SO ORDERED**, this 8th day of October, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT