IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE JAMES ATMORE, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:25-CV-519-CAR-ALS |
| | * | |
| BIBB COUNTY LAW ENFORCEMENT CENTER, et al, | * | |
| Defendant. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated 10/8/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk